

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2018

No. 04-18-00223-CV

Brittany **RETLEDGE** and Arnold LaMotte,
Appellants

v.

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS** and Austin Riley,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-14536
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file response is hereby granted. Time is extended to July 20, 2018. **Further requests for extension of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court